THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CARMINE CAMEROTO, Appellant.

Submitted May 22, 1939; decided May 31, 1939.

*Samuel J. Foley, District Attorney (Sol Boneparth* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

MARY KANIGHER, as Administratrix of the Estate of GERALD KANIGHER, Deceased, Appellant, v. SCHWERIN AIR CONDITIONING CORPORATION, Respondent, Impleaded with Others.

Submitted May 22, 1939; decided May 31, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 751.)

JOHN L. STARK, Appellant, v. HOWE SOUND COMPANY, INC., et al., Respondents.

Submitted May 22, 1939; decided May 31, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 622.)